FILED

11/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0212

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                    ORDER

JOSHUA GLEN REID,

     Defendant and Appellant.

_____

Upon consideration of the Appellant's motion to consolidate cases and amend the caption, having no objection from the State and with good cause appearing, Appellant's motion to consolidate is GRANTED.

It is hereby ORDERED that Cause Nos. DA 21-0212, DA 21-0213, and DA 21-0214 are hereby consolidated for the purposes of appeal under Cause No. DA 21-0212 and as captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2022